**BENJAMIN J. CARMAN, ESQ.**
NV Bar # 12565
**ROBERT T. HERNANDEZ, ESQ.**
NV Bar # 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
American Family Connect Property and Casualty Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOUKAINA BENKIRANE, individually,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY f/k/a IDS PROPERTY CASUALTY INSURANCE COMPANY; AMERICAN FAMILY CONNECT INSURANCE COMPANY f/k/a AMERIPRISE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants | 2:20-cv-01451-JCM-EJY<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Soukaina Benkirane and Defendant American Family Connect Property and Casualty Insurance Company by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and

costs.

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED  March 17, 2022

**CARMAN COONEY FORBUSH PLLC**

/s/Benjamin J. Carman
BENJAMIN J. CARMAN, ESQ.
ROBERT T. HERNANDEZ, ESQ.
Attorneys for Defendant
American Family Connect
Property and Casualty Insurance
Company

DATED  March 17, 2022

**DIMOPOULOS INJURY LAW**

/s/Garnet E. Beal
GARNET E. BEAL, ESQ.
Attorneys for Plaintiff
Soukaina Benkirane

**ORDER**

**IT IS SO ORDERED.**

Dated: March 22, 2022

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on March 17, 2022, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**Person(s) Served:**

Garnet E. Beal, Esq.
**DIMOPOULOS INJURY LAW**
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
Attorney for Plaintiff,
Soukaina Benkirane

/s/ Pierra Graham-Blanchard

_____

**CARMAN COONEY FORBUSH PLLC**